**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

ZVI TALOR,

    Plaintiff,

v.                                                             CASE NO. 1:12-cv-00133-MP-GRJ

UNIVERSITY OF FLORIDA
BOARD OF TRUSTEES,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Plaintiff's Motion to Compel Defendant to Answer Discovery. (Doc. 30). Plaintiff requests an order compelling defendant to provide full, complete, and accurate responses to plaintiff's interrogatories and requests for production of documents. On October 10, 2012, plaintiff propounded interrogatories and requests for production on defendant. Defendant has failed to provide any responses to plaintiff's discovery requests and has not responded to the instant motion.

Rule 33 of the Federal Rule of Civil Procedure provides that "[t]he responding party must serve its answers and any objections within 30 days after being served with the interrogatories." Similarly, Rule 34 of the Federal Rule of Civil Procedure, which governs document production, provides that "[t]he party to whom the request is directed must respond in writing within 30 days after being served."

If the court grants a motion to compel discovery, pursuant to Rule 37 of the Federal Rules of Civil Procedure—or if the disclosure or requested discovery is provided after the motion was filed—Rule 37(a)(5)(A) states that "the court must, after giving an opportunity to be heard,

require the party or deponent whose conduct necessitated the motion, the party or attorney advising that conduct, or both to pay the movant's reasonable expenses incurred in making the motion, including attorney's fees."

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. Plaintiff's Motion to Compel Defendant to Answer Discovery (doc. 30) is GRANTED.

2. Defendant shall provide full, complete, and accurate responses to plaintiff's interrogatories and requests for production of documents on or before February 8, 2013.

3. Defendant shall pay plaintiff's reasonable expenses incurred in making the instant motion, including attorney's fees, unless defendant can show their failure to respond was substantially justified.

**DONE AND ORDERED** this  *31st* day of January, 2013

                                             *s/Maurice M. Paul*
                                            Maurice M. Paul, Senior District Judge